UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ZACHARY JOSEPH ZABAVSKI,

        Petitioner,

v.

DAVE SHAVER,

        Respondent.
_____/

Case No. 1:20-cv-1031

Honorable Ray Kent

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: December 29, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge