UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ZACHARY JOSEPH ZABAVSKI,

        Petitioner,

Case No. 1:20-cv-1031

v.

Honorable Ray Kent

DAVE SHAVER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** for failure to raise a meritorious federal claim.

Dated:  December 29, 2022              /s/ Ray Kent
                                                                        Ray Kent
                                                                        United States Magistrate Judge